FILED

MAR 01 2011

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| VENUS GIRON FERNANDO, a.k.a Venus Fernando,<br><br>　　　　　　Petitioner,<br><br>　v.<br><br>ERIC H. HOLDER, Jr., Attorney General,<br><br>　　　　　　Respondent. | No. 09-70213<br><br>Agency No. A042-183-278<br><br>MEMORANDUM[*] |

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted February 15, 2011[**]

Before:　　CANBY, FERNANDEZ, and M. SMITH, Circuit Judges.

　　Venus Giron Fernando, a native and citizen of the Philippines, petitions for

review of the Board of Immigration Appeals' ("BIA") order denying her motion to

reopen removal proceedings. We have jurisdiction under 8 U.S.C. § 1252. We

review for abuse of discretion the denial of a motion to reopen, and review de novo

_____

　　[*]　　This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

　　[**]　　The panel unanimously concludes this case is suitable for decision
without oral argument. *See* Fed. R. App. P. 34(a)(2).

claims of ineffective assistance of counsel. *Mohammed v. Gonzales*, 400 F.3d 785, 791-92 (9th Cir. 2005). We deny the petition for review.

The BIA did not abuse its discretion in denying Fernando's motion to reopen where she failed to establish that ineffective assistance of counsel may have affected the outcome of her case. *See id*. at 793-94 (to demonstrate prejudice, alien must establish that counsel's performance may have affected the outcome of proceedings).

Fernando's remaining contentions are unavailing.

**PETITION FOR REVIEW DENIED.**

09-70213